# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DONALD PICARD,<br><br>    Defendant. | Case No. 17-CR-154-JPS<br><br>**ORDER** |

  On December 21, 2017, the government filed a motion to dismiss the Indictment against Defendant pursuant to Federal Rule of Criminal Procedure 48(a). (Docket #17). Rule 48(a) provides that the government may dismiss an indictment after obtaining leave of court. Fed. R. Crim. P. 48(a). The Court will, therefore, grant the government leave to dismiss the Indictment, and will allow the government itself to give notice of dismissal.

  Accordingly,

  **IT IS ORDERED** that the government's motion to dismiss the Indictment (Docket #17) be and the same is hereby **GRANTED** insofar as the government is granted leave to dismiss the Indictment.

  Dated at Milwaukee, Wisconsin, this 22nd day of December, 2017.

            BY THE COURT:

            _____
            J. P. Stadtmueller
            U.S. District Judge